UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

IN RE:

GREGORY SAUKULAK
and ELLEN J. SCHULMAN,

        Debtors.

----------------------------------------X

Case No. 11-72026-ast
Chapter 13

**CHAPTER 13 PLAN**

1. The future earnings of the Debtors are submitted to the supervision and control of the trustee and the Debtors shall pay to the Trustee over a term of sixty (60) months as follows: **$250.00 per month for 60 months.**

2. Commencing with the tax year of 2011, any tax refunds received by the Debtors during the life of the plan will be immediately turned over to the Trustee. Debtors will also provide the Trustee with copies of filed federal and state tax returns no later than April 15, of each year.

3. From the payments received, the trustee shall make disbursements as follows:

   A. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.

   B. Holders of secured claims shall retain the liens securing such claims and shall be paid as follows:

   Chase (Loan #9028) – Debtors are current and shall make post-petition mortgage payments directly to the creditor outside of the plan.

   Chase (Loan #0573) - Debtors are current and shall make post-petition mortgage payments directly to the creditor outside of the plan.

   Chase (Loan #5408) – Debtors are current on the car loan encumbering Debtors' 2009 Toyota Prius. Debtors shall make post-petition payments directly to the creditor outside of the plan.

   C. Acura (Acct # 5126) Debtors are current on lease payments to Acura Finance for Debtors' 2010 Acura MDX. Debtors shall make post-petition lease payments directly to the creditor outside of the plan.

   D. Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are allowed shall be paid as follows:

**A pro rata distribution to all timely filed proofs of claim. The total paid on unsecured claims shall not be less than $13,500.00**

4. The following executory contracts and leases of the Debtors are rejected:

    **None.**

5. Debtors surrender the following property:

    **Debtors have surrendered the 35' Contender boat.**

6. Other provisions:

    **Title to the Debtors' property shall revest in the Debtor upon completion of this plan.**

7. Throughout the term of this plan, the Debtors agree that they will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 in writing.

Dated: July 25, 2011
       Garden City, New York       /s/ Gregory Saukulak
                                                    Gregory Saukulak, Debtor

                                                    /s/ Ellen J. Schulman
                                                    Ellen J. Schulman, Debtor

/s/ Bruce D. Mael
Bruce D. Mael, Esq.
Attorney for the Debtors